AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| RIOT GAMES, INC., <br> *Plaintiff(s)* <br> v. <br> SHANGHAI MOBAI COMPUTER TECHNOLOGY CO., LTD., FAN QIANG, QIONGYU QU, CHAO LI, XIN ZHU, CHEN XU, XING WU, YIFEI JIANG, YINGFEI WU, and JIETING LI, and DOES 1-10, inclusive, <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 5:17-cv-00331 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
    Fan Qiang
    Baoshan District Shuichan West Road No. 67
    Shanghai, China

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Marc E. Mayer (SBN 190969)
    Daniel A. Kohler (SBN 285501)
    Matthew S. Beasley (SBN 288070)
    Mitchell Silberberg & Knupp LLP
    11377 W. Olympic Boulevard
    Los Angeles, CA 90064-1683
    Telephone: 310-312-2000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

                                                                  *Signature of Clerk or Deputy Clerk*